Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____ District of Hawaii
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual   12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Naturescape Holding Group Int'l Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___ – _____
   EIN

5. **Debtor's address**

   **Principal place of business**

   73-4840 Kanalani Street
   Number    Street

   Suite 143

   Kaulua-Kona       HI    96740
   City              State ZIP Code

   Hawaii
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City    State    ZIP Code

Official Form 205           Involuntary Petition Against a Non-Individual           page 1

Debtor  Naturescape Holding Group Int'l Inc.  Case number (if known) _____
     Name

6. Debtor's website (URL)  _____

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☐ No
   ☒ Yes. Debtor  Mountain Thunder Coffee Plantation Int'l Inc.   Relationship  Affiliate
        District  Hawaii                 Date filed  09/16/2016   Case number, if known _____
                                                     MM / DD / YYYY

        Debtor _____   Relationship _____
        District _____  Date filed _____  Case number, if known _____
                                              MM / DD / YYYY

## Part 3: Report About the Case

10. Venue

    Check one:
    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: Naturescape Holding Group Int'l Inc.
Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| GemCap Lending I, LLC | Undersecured secured claim | $ at least $15,325.00 |
| Karen R. Fazzio | Nonpayment for Coffee broker fees | $ 87,850.00 |
| Mario Hooper | Nonpayment for product-coffee cherry | $ 4,263.75 |
|  | Total of petitioners' claims | $ at least 107,438.75 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

See following pages
Name

_____
Number  Street

_____
City       State      ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City       State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

See following pages
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City       State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

X _[signature]_
Signature of attorney

Date signed  09/16/2016
             MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor: Naturescape Holding Group Int'l Inc.   Case number (if known) _____

**Name and mailing address of petitioner**

Karen R. Fazzio, dba K.R. Fazzio Consulting & Services
Name

7711 Chance Drive
Number   Street

Cleves         OH        45002
City           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Karen R. Fazzio
Name

7711 Chance Drive
Number   Street

Cleves         OH        45002
City           State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ /s/ Karen R. Fazzio, owner
Signature of petitioner or representative, including representative's title

Printed name: Ted N. Pettit, Esq.

Firm name, if any: Case Lombardi & Pettit

737 Bishop Street, Suite 2600
Number   Street

Honolulu       HI        96813
City           State     ZIP Code

Contact phone 808-547-5400   Email tnp@caselombardi.com

Bar number 4287

State  Hawaii

✗ /s/ Ted Pettit
Signature of attorney

Date signed 09/16/2016
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name _____

Number   Street _____

City _____  State _____  ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____  State _____  ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Debtor: Naturescape Holding Group Int'l Inc.   Case number (if known) _____

**Name and mailing address of petitioner**

Name: Mario Hooper
Number Street: P.O. Box 1180
City: Kealakekua   State: HI   ZIP Code: 96750

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/13/2016 (MM/DD/YYYY)

x /s/ Mario Hoop[er]
Signature of petitioner or representative, including representative's title

Printed name: Ted N. Pettit, Esq.
Firm name, if any: Case Lombardi & Pettit
Number Street: 737 Bishop Street Suite 2600
City: Honolulu   State: HI   ZIP Code: 96813
Contact phone: 808-547-5400   Email: tpettit@caselombardi.com
Bar number: 4287-0
State: Hawaii

x /s/ Ted Pettit
Signature of attorney

Date signed: 09/16/2016 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM/DD/YYYY)

x /s/ Mario Hoop[er]
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____
Contact phone: _____   Email: _____
Bar number: _____
State: _____

x _____
Signature of attorney

Date signed: _____ (MM/DD/YYYY)

| Debtor | Naturescape Holding Group Int'l Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

GemCap Lending I, LLC
Name

24955 Pacific Coast Highway, Suite A202
Number  Street

Malibu      CA      90265
City        State   ZIP Code

Name and mailing address of petitioner's representative, if any

Richard Ellis, Co-President
Name

24955 Pacific Coast Hwy, Suite A202
Number  Street

Malibu      CA      90265
City        State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/16/2016
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Paul Alston
Louise K. Y. Ing
Kristin Holland
Printed name

Alston Hunt Floyd & Ing
Firm name, if any

1001 Bishop Street, 18th Floor
Number  Street

Honolulu    HI      96813
City        State   ZIP Code

Contact phone  808-524-1800    Email  ling@ahfi.com

Bar number  2394

State  Hawaii

✗ _____
Signature of attorney

Date signed  09/16/2016
             MM / DD / YYYY

Official Form 205         Involuntary Petition Against a Non-Individual         page 3

U.S. Bankruptcy Court - Hawaii   #16-00982   Dkt # 1   Filed  09/16/16   Page 6 of 6